**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**LARISA CHEBAN**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| LARISA CHEBAN, | No.   2:17-CV-02671-KJN |
| Plaintiff, | |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to July 10, 2018.

This is a first extension, requesting a date just over 60 days from the filing of the administrative record.

[Pleading Title] - 1

Dated: July 10, 2018					/s/	*Jesse S. Kaplan*
						JESSE S. KAPLAN
						Attorney for Plaintiff



						McGREGOR W. SCOTT
						United States Attorney
						DEBORAH LEE STACHEL
						Regional Counsel, Region IX
						Social Security Administration


Dated: July 10, 2018				 */s/ per e-mail authorization*
						TINA NAICKER
						Special Assistant U.S. Attorney
						Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to July 10, 2018.

SO ORDERED.


Dated: July 12, 2018


_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE