MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LARISA CHEBAN,<br><br>        Plaintiff,<br><br>   vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:17-cv-02671-KJN<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from August 10, 2018 to **September 10, 2018**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel was recently out on intermittent medical leave and bereavement leave for the past few months. Counsel has over 75+ active matters, which requires two or more dispositive motions a week until mid-September. In addition, Counsel has active civil rights and representative misconduct matters that require immediate investigation. Due to Counsel's unexpected leave, Counsel became behind on her heavy workload. As such, Counsel needs additional time to adequately review the transcript and

properly respond to Plaintiff's Motion for Summary Judgment. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 8, 2018

/s/ *Jesse Kaplan
(*as authorized by email on August 8, 2018)
JESSE KAPLAN
Attorney for Plaintiff

Dated: August 8, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated: August 9, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE