MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LARISA CHEBAN,<br><br>  Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:17-cv-02671-KJN<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from September 10, 2018 to **October 3, 2018**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Since the last extension request, Counsel had another death in her family, the third death in the last three months. In addition, Counsel had a family medical emergency, which required emergency surgery and hospital admission. Counsel also has over 75+ active matters, which requires two or more dispositive motions a week until November, as well as a Ninth Circuit brief due in early October. Counsel is also scheduled for leave on September 21, 2018 to September 27, 2018. Due to Counsel's heavy

workload demands and leave, Counsel became behind on her heavy workload. As such, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated notice, but had a migraine on the date of the filing deadline, which impairs her vision and filed this as soon as practicable. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 11, 2018 /s/ *Jesse Kaplan
(*as authorized by email on September 10, 2018)
JESSE KAPLAN
Attorney for Plaintiff

Dated: September 11, 2018 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

**Dated: September 13, 2018**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE