**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**LARISA CHEBAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| LARISA CHEBAN, | No.   2:17-CV-02671-KJN |
| Plaintiff, | |
| | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file reply brief is extended to November 2, 2018.

This is a first extension of nine days, requested because plaintiff's counsel has three reply briefs due on two successive days.

[Pleading Title] - 1

Dated: October 23, 2018                          /s/   *Jesse S. Kaplan*
                                                 JESSE S. KAPLAN
                                                 Attorney for Plaintiff


                                                 McGREGOR W. SCOTT
                                                 United States Attorney
                                                 DEBORAH LEE STACHEL
                                                 Regional Counsel, Region IX
                                                 Social Security Administration


Dated: October 23, 2018                           /s/ per e-mail authorization
                                                 TINA NAICKER
                                                 Special Assistant U.S. Attorney
                                                 Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to November 2, 2018. No further extensions will be granted in this matter.

SO ORDERED.

Dated: October 26, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE